```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :    UNSEALING ORDER
                                     :
         -v.-                        :    S2 21 Cr. 21 (GBD)
                                     :
ROBERT FELIX-ARACENA,                :
     a/k/a "Robert Aracena,"         :
     a/k/a "Chino,"                  :
CHRISTIAN CRUZ,                      :
     a/k/a "Colombia," and           :
ANDRES CAICEDO,                      :
                                     :
              Defendants.            :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jonathan L. Bodansky;

It is found that the Superseding Indictment in the above-captioned case, S2 21 Cr. 21 (GBD), is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 19, 2022

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE