UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ANDRES CAICEDO, ROBERT FELIX-ARACENA,
and CHRISTIAN CRUZ,

                        Defendants.

------------------------------------- x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties' request for an adjournment of the status conference scheduled for June 6, 2023 is GRANTED. The conference is adjourned to July 20, 2023 at 10:15 a.m.

    Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
         June 2, 2023

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge