UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN CRUZ, ROBERT FELIX-ARACENA, and ANDRES CAICEDO,

                             Defendants.

------------------------------------ x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for July 20, 2023, is adjourned to September 12, 2023, at 10:30 a.m.

    Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       July 18, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge