**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA,                   :

      -against-                                      :                    ORDER

ROBERT FELIX-ARACENA,                       :                    21 Crim. 21-3 (GBD)

                        Defendant.       :

                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

GEORGE B. DANIELS, United States District Judge:

A conference is set for September 7, 2023, at 11:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 117.

Dated: New York, New York
       August 8, 2023

                                         SO ORDERED.

                                         *George B. Daniels*

                                         GEORGE B. DANIELS
                                         United States District Judge