UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

ROBERT FELIX-ARACENA,

Defendant.

------------------------------------- x

ORDER

21 Crim. 21-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference set for September 7, 2023 is adjourned to September 12, 2023, at 10:00 a.m.

Dated: New York, New York
August 8, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge