UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

ROBERT FELIX-ARACENA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

S2 21 Crim. 21-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

Having received an application from David Touger, counsel for Defendant, to determine Defendant's mental competency pursuant to 18 U.S.C. § 4241(a), it is hereby

ORDERED pursuant to 18 U.S.C. §§ 4241(b), 4247(b), and 4247(c), that Defendant be transferred to a suitable Bureau of Prisons facility that performs psychiatric or psychological examinations consistent with the provisions of Section 4247(b) ("suitable BOP facility") for an examination to determine whether (1) Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and (2) for any necessary treatment; and it is further

ORDERED pursuant to 18 U.S.C. § 4247(b), that a qualified examiner conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

ORDERED pursuant to 18 U.S.C. § 4247(b), that the examiner complete the examination of Defendant within forty-five (45) days of Defendant's arrival at the suitable BOP facility; and it is further

ORDERED pursuant to 18 U.S.C. § 4247(c), that within a reasonable time following the

conclusion of this examination, the examiner file a psychiatric or psychological report with the Court with copies provided to defense counsel David Touger, Peluso & Touger, 70 Lafayette Street, New York, NY 10013 and Assistant United States Attorneys Jonathan L. Bodansky and Adam Z. Margulies, United States Attorney's Office, SDNY, One Saint Andrew's Plaza, New York, NY 10007; and it is further

ORDERED that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York and the Bureau of Prisons; and finally

this Court recommends that the suitable BOP facility to which Defendant is transferred be within the Southern District of New York.

Dated: October 20, 2023
    New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE