**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

         -against-
                                        ORDER

ROBERT FELIX-ARACENA,
                                  S2 21 Crim. 21-3 (GBD)

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

Having received a request from the examiner, with consent from the Government and

Defendant, to postpone the date on which the psychiatric or psychological examination report is

due, the report's due date is hereby adjourned to January 22, 2024.

Dated: December 7, 2023
       New York, New York

                                      SO ORDERED.

                                        *George B. Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge