UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ROBERT FELIX-ARACENA,

    Defendant.

------------------------------------x

ORDER

(S2) 21 Crim. 21-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for September 10, 2024 is hereby adjourned to November 12, 2024 at 10:00 a.m.

Dated: September 3, 2024
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge