**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
            -against-                                 :            ORDER
                                                      :
ROBERT FELIX-ARACENA,                                 :        (S2) 21 Crim. 21-3 (GBD)
                                                      :
                        Defendant.                    :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

        The sentencing scheduled for November 21, 2024 is hereby adjourned to

December 17, 2024 at 10:30 a.m. The final presentence report disclosure date is November 26,

2024.


Dated: November 13, 2024
        New York, New York


                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge